

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-12-00388-CV
_____

JULIAN BIVINS, APPELLANT

V.

CURTIS ROGERS, GUARDIAN OF THE ESTATE
OF OLIVER BIVINS, WARD, APPELLEE

On Appeal from County Court
Potter County, Texas
Trial Court No. 477; Honorable W.F. "Corky" Roberts, Presiding

August 12, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this Court is a motion to dismiss this appeal filed by Appellant, Julian Bivins. By the motion, Appellant represents that all matters in controversy between the parties have been settled. *See* TEX. R. APP. P. 42.1(a)(1). Without passing on the merits of the appeal, we grant the motion and dismiss the appeal. Having

dismissed the appeal at the request of Appellant, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice